PD-1505-1·
COURT OF CRIMINAL APPEAL·
AUSTIN, TEXA·
Transmitted 4/21/2015 11:13:50 AI
Accepted 4/21/2015 11:18:38 AI
ABEL ACOST.
CLER·

Case No. PD-1505-14

*Granted*
*4-22-15*

## In the Court of Criminal Appeals of Texas

## David Schlittler v. The State of Texas

On Discretionary Review
of Appeal No. 12-13-00269-CR
in the Twelfth Court of Appeals of Texas
at Tyler

## Motion for Leave to File an Appellant's Reply Brief

For the following reasons, David Schlittler (Appellant) requests leave to file an *Appellant's Reply Brief*:

1. Upon a party's motion, this Court may permit the filing of additional briefs. Rule 70.4, Rules of Appellate Procedure. Generally, an appellant may file a reply brief addressing any matter in the appellee's responsive brief. Rule 38.3, Rules of Appellate Procedure. A computer-generated reply brief is limited to 7,500 words. Rule 9.4(i)(2)(C), Rules of Appellate Procedure. And it must be filed within 20 days after the appellee's brief was filed. Rule 38.6(c), Rules of Appellate Procedure.

2. The Clerk of this Court notified Schlittler's attorney on Monday, April 20, 2015, that the State had filed its responsive brief. (Schlittler's attorney

received the Clerk's notice at 6:02 p.m.) Therefore, any reply brief would be due no later than Monday, May 11, 2015. The Clerk also notified Schlittler's attorney that this case set for submission (with oral argument) on Wednesday, May 20, 2015.

3. Upon review of the State's brief, Schlittler believes that a reply is warranted to address certain matters raised on pages 12 through 14, touching on the family court's conservatorship order, and to further explicate his contention that Section 38.111, Penal Code, constitutes an improper delegation of the State's legislative power to a private party contrary to the State's argument set forth, for example, on pages 18 and 22 through 23.

4. Schlittler does not require the full 20 days as contemplated by Rule 38.6(c). Rather, he believes that he can complete his legal research and draft and file a reply brief by the end of this month, if not before.

5. Schlittler's request is not made for purposes of delay but for a thorough and proper presentation of his arguments.

6. For the foregoing reasons, Schlittler prays that this Court grant him leave to file an *Appellant's Reply Brief* no later than April 30, 2015.

Respectfully submitted,

State Counsel for Offenders
Attorney for Appellant

/s/ Kenneth Nash

Texas Bar No. 14811030
P. O. Box 4005
Huntsville, TX 77342
Telephone no. 936-437-5291
Facsimile no. 936-437-5279
E-mail address: Ken.Nash@tdcj.texas.gov

## Certificate of Conference

In compliance with Rule 10.1(5), Rules of Appellate Procedure 10.1(5), I certify that I conferred with the State's attorney, Melinda Fletcher, on April 21, 2015, who does not oppose this motion.

/s/ Kenneth Nash

## Certificate of Compliance

In compliance with Rule 9.4(i)(3), Rules of Appellate Procedure, I certify that this computer-generated document complies with the typeface requirements of Rule 9.4(e) and is comprised of 313 words (excluding the items exempted in Rule 9.4(i)(1)).

/s/ Kenneth Nash

## Certificate of Service

In compliance with Rule 9.5(e), Rules of Appellate Procedure, I certify that a copy of the foregoing *Motion for Leave to File an Appellant's Reply Brief* was served upon the State's attorney and upon the State Prosecuting Attorney noted below by one or more of the following: certified mail (return receipt requested), facsimile transfer, or electronic mail (e-mail), on April 21, 2015.

Melinda Fletcher
Special Prosecution Unit
P. O. Box 1744
Amarillo, TX 79105
Facsimile no. 866-923-9253
E-mail address:  mfletcher@sputexas.org

Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711
Facsimile no. 512-463-5724
E-mail address:  information@spa.texas.gov

/s/ Kenneth Nash